IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CINDY J. BURR and MICHAEL J. BURR,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | CV 23–35–M–DWM<br><br>ORDER |

Plaintiffs, having moved unopposed, (Doc. 9), to hold in abeyance their response to defendants' motion to dismiss, (Doc. 4), until their pending motion to remand (Doc. 7) is decided,

IT IS ORDERED that the motion (Doc. 9) is GRANTED. Plaintiffs' deadline to respond to defendants' motion to dismiss is now 14 days following the date on which Plaintiffs' motion to remand is decided.

DATED this 12th day of May, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1